IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:10-CV-380-FL

HDM FURNITURE INDUSTRIES, INC. )
and MAITLAND-SMITH )
FURNITURE INDUSTRIES, INC., )
)
         Plaintiffs, )
)
vs. ) **FINAL JUDGMENT AND**
) **PERMANENT INJUNCTION**
GARY KEVIN COATS, d/b/a )
RALEIGHINTERIORDESIGNS and )
MAITLAND-SMITH-INTERIOR- )
DESIGN )
)
         Defendant. )

      Plaintiffs HDM Furniture Industries, Inc. and Maitland-Smith Furniture Industries, Inc. (collectively, "Plaintiffs") and Defendant Gary Kevin Coats ("Defendant") stipulate to the entry of this Final Judgment and Permanent Injunction on Consent ("Consent Judgment"), which the Court hereby adopts for purposes of the entry of this Consent Judgment.

      Based on the parties' stipulation and agreement, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

      1.    Defendant, his employees, agents, servants, officers, representatives, successors, affiliates, assigns, any entities owned or controlled by Defendant, and all those in active concert and participation with Defendant, and each of them who receives notice directly or otherwise of this injunction, are **PERMANENTLY RESTRAINED AND ENJOINED** from:

1

US2008 1723510

(a) operating any store on eBay or at any other e-commerce site on the Internet using the name "maitland-smith-interior-design" or using any other name or mark confusingly similar to any mark shown on Exhibit A ("Furniture Brands Marks");

(b) holding himself out to the public as an authorized representative or dealer of Plaintiffs or of any company which operates under the Furniture Brands Marks, or implying or suggesting that he is affiliated, or connected in any way with Plaintiffs or any Furniture Brands company; or advertising that Plaintiffs or any Furniture Brands company sponsors or endorses his business; or

(c) using any Furniture Brands Marks to sell furniture articles that are not genuine articles manufactured by Plaintiffs or any Furniture Brands company.

2. Defendant shall within ten (10) days of Defendant's execution of this Consent Judgment provide Plaintiffs with a list of all furniture articles in his inventory that he claims are genuine articles made by Plaintiffs or any Furniture Brands company, together with a photograph of each such article for verification by Plaintiffs. Defendant may not advertise, offer for sale, or sell any furniture article using any Furniture Brands Mark that Plaintiffs have not verified as genuine in writing.

3. Pending approval of this Consent Judgment by the Court, Defendant agrees to abide by the terms of this Injunction effective as of the date of Defendant's execution of this Consent Judgment.

4. Defendant's counterclaims are dismissed with prejudice.

5. The Court shall retain jurisdiction over Defendant for the purpose of enforcing this Order.

US2008 1723510

It is SO ORDERED, this the 13th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE  William A. Webb
EASTERN DISTRICT OF NORTH CAROLINA

**[signatures appear on the following page]**

3

US2008 1723510

Case 5:10-cv-00380-WW   Document 15   Filed 12/13/10   Page 3 of 5

Agreed to by and between the Parties as of this the _____ day of November, 2010.

**HDM FURNITURE INDUSTRIES, INC.**

By: _____

Name: Jon Botsford

Title: Senior Vice President, General Counsel & Secretary

Date: 12/7/10

**GARY KEVIN COATS**

By: _____

Name: Gary Kevin Coats

Date: 11/16/10

**MAITLAND-SMITH FURNITURE INDUSTRIES, INC.**

By: _____

Name: Jon Botsford

Title: Senior Vice President, General Counsel & Secretary

Date: 12/7/10

4

US2008 1723510

Case 5:10-cv-00380-WW   Document 15   Filed 12/13/10   Page 4 of 5

# EXHIBIT A

**FURNITURE BRANDS MARKS**

    BROYHILL

    DREXEL HERITAGE

    HENREDON

    HICKORY CHAIR

    LANE

    LANEVENTURE

    MAITLAND-SMITH

    PEARSON

    THOMASVILLE